*E-Filed 7/2/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEN FEINBERG, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AZOOGLEADS US, INC., a division of EPIC ADVERTISING, INC., a Delaware corporation; and MBLOX, INC., a Delaware corporation,<br><br>　　　　Defendants.<br>_____/ | No. 5:09 CV 2314 RS<br><br>**ORDER SETTING CONSENT/DECLINATION DEADLINE** |

　　Plaintiff Kareen Feinberg has filed a motion to remand, docket [18] in the above-captioned matter. This motion is noticed for hearing on August 19, 2009, at 9:30 a.m.

　　In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate jurisdiction no later than **July 15, 2009**.

　　IT IS SO ORDERED.

Dated:　7/2/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09 CV 2314 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE