UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**AMENDED RELATED CASE ORDER**



FILED
DEC - 4 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed cases below that bear my initials, I find that the more recently filed case that I have initialed below is **NOT** related to the cases assigned to me, and such case shall **NOT** be reassigned to me.

| | |
|---|---|
| C-06–6567-CW | Bradberry v. T-Mobile USA, Inc. |
| C-07-03407-CW | Pishvaee v. VeriSign, Inc., et al. |
| C-07-05298-CW | Bradberry v. mBlox, Inc. |
| C-07-06496-CW | Valdez v. m-Qube, Inc., et al. |
| C-08-00013-CW | Jiran v. AT&T Mobility, LLC, et al. |
| C-09-02314-JW | Feinberg v. Azoogleads US, Inc., et al. |

I find that the above case is NOT related to the cases assigned to me.   _/s/_

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: _____    By: *[signature]*
                                                                                          **Deputy Clerk**